UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PERRELLI, | : | NO. 3:02 CV 0008 (GLG) |
| V. | : | |
| CITY OF EAST HAVEN, | : | |
| LEONARD GALLO, | : | |
| JOHN DOE 1, and JOHN DOE 2 | : | OCTOBER 21 2003 |

## MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendants hereby move for an order compelling the plaintiff to adequately respond to the defendants' Revised Supplemental Interrogatories and Requests for Production.

1.      The defendants served the plaintiff with Supplemental Interrogatories and Requests for Production on or about September 12, 2003 (attached hereto).

2.      On September 30, 2003, the plaintiff objected to said discovery (attached hereto).

3.    In a good faith effort to resolve this discovery dispute without the Court's intervention, the defendants revised their discovery requests in response to the objections and served such revised requests on October 3, 2003 (attached hereto).

4.    Per this Court's scheduling order, all discovery must be complete by November 1, 2003.

5.    The continuation of the plaintiff's deposition was scheduled to take place on October 16, 2003, but due to a schedule conflict has been re-scheduled to take place on October 29, 2003.

6.    In light of the discovery deadline and the plaintiff's upcoming deposition, the defendants requested that the plaintiff respond to the revised discovery requests by October 13, 2003.

7.    To date, the plaintiff has not complied with the defendants Revised Supplemental Interrogatories and Requests for Production.

WHEREFORE, the defendants respectfully request that this Court grant this Motion to Compel and order the plaintiff to comply with the defendants' Revised Supplemental Interrogatories and Requests for Production.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.    ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION TO COMPEL 10-21-03.DOC

THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

## CERTIFICATION

I hereby certify that a copy of the above was sent via facsimile and mailed on

October 21, 2003 to all counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203)562-9931
Federal Bar No. ct00215

_____
Hugh F. Keefe

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION TO COMPEL 10-21-03.DOC

# FILE COPY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PERRELLI, | : | |
| V. | : | NO. 3:02 CV 0008 (GLG) |
| CITY OF EAST HAVEN, | | |
| LEONARD GALLO, | : | |
| JOHN DOE 1, and JOHN DOE 2 | : | SEPTEMBER 12 2003 |

## SUPPLEMENTAL INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to the applicable Federal Rules of Civil Procedure, the defendants request that the plaintiff answer the following supplemental interrogatories and produce the following.    Furthermore, the defendants request that the plaintiff supplement his answers to the time of trial.

### *INTERROGATORIES*

1.    Please state the name and address of the person answering these interrogatories.

**ANSWER**:

1

Lynch, Traub, Keefe and Errante, p. c.   Attorneys at Law
52 Trumbull Street   p.o. box 1612   New Haven, Connecticut 06506-1612
Telephone (203) 787-0275   Facsimile (203) 782-0278
W:\East Haven\Perrelli\Supplemental Rogs & R2P 9-03.doc

2.     Please state whether your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint, is intended to set forth a claim pursuant to <u>Monell v. New York City Department of Social Services</u>, 436 U.S. 658 (1978).

**ANSWER**:




3.     If the answer to Supplemental Interrogatory No. 2 is in the affirmative, please identify the specific instances/incidents/events that constitute the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER**:

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENTAL ROGS & R2P 9-03.DOC

4.     If the answer to Supplemental Interrogatory No. 2 is in the affirmative, please identify a policymaking official with notice of the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER**:



5.     Please state specifically how the policymaking official identified in your response to Supplemental Interrogatory No. 4 had notice of the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER**:



6.     If the answer to Supplemental Interrogatory No. 2 is in the affirmative, please identify all witnesses, by name and address, who have evidence supportive of your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENTAL ROGS & R2P 9-03.DOC

custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint.

**ANSWER**:


7.    If the answer to Supplemental Interrogatory No. 2 is in the affirmative, please identify, with particularity, all evidence supportive of your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint.

**ANSWER**:


### REQUESTS FOR PRODUCTION

1.    Produce any and all documents identified in response to Supplemental Interrogatory No. 7.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENTAL ROGS & R2P 9-03.DOC

**RESPONSE**:

THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENTAL ROGS & R2P 9-03.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on September 12, 2003 to all

counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203)562-9931
Federal Bar No. ct00215

Hugh F. Keefe, Esq.

6

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PERRELLI, | : | |
| V. | : | NO. 3:02 CV 0008 (GLG) |
| CITY OF EAST HAVEN, | | |
| LEONARD GALLO, | : | SEPTEMBER 30, 2003 |
| JOHN DOE 1, and JOHN DOE 2 | : | ~~SEPTEMBER 12, 2003~~ |

PLAINTIFF'S OBJECTION TO
**SUPPLEMENTAL INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to the applicable Federal Rules of Civil Procedure, the defendants request that the plaintiff answer the following supplemental interrogatories and produce the following. Furthermore, the defendants request that the plaintiff supplement his answers to the time of trial.

### *INTERROGATORIES*

1. Please state the name and address of the person answering these interrogatories.

**ANSWER:**
OBJECTION: The question calls for disclosure of the internal processes by which the plaintiff's complaint and underlying lawsuit will be perfected and is therefore work product.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\EAST HAVEN\PERRELLI\SUPPLEMENTAL ROGS & R2P 9-03.DOC

2.    Please state whether your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint, is intended to set forth a claim pursuant to <u>Monell v. New York City Department of Social Services</u>, 436 U.S. 658 (1978).

**ANSWER:**

<u>OBJECTION</u>:  As framed, the question calls for the plaintiff, a layperson, to make legal conclusios that he may or may not be qualified to do.  This information would be more properly sought by way of a request to admit.

3.    If the answer to Supplemental Interrogatory No. 2 is in the affirmative, please identify the specific instances/incidents/events that constitute the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER:**

<u>OBJECTION</u>: The plaintiff is unable to answer Interrogatory Number 2, he cannot answer Interrogatory Number 3 which relies upon 2 as a predicate.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.    ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENTAL ROGS & R2P 9-03.DOC

4.    If the answer to Supplemental Interrogatory No. 2 is in the affirmative, please identify a policymaking official with notice of the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER**:

OBJECTION: The plaintiff is unable to answer Interrogatory Number 2, he cannot answer Interrogatory Number 4 which relies upon 2 as a predicate.

5.    Please state specifically how the policymaking official identified in your response to Supplemental Interrogatory No. 4 had notice of the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER**:

OBJECTION: The plaintiff is unable to answer Interrogatory Number 2, he cannot answer Interrogatory Number 5 which relies upon 2 and 4 as a predicate.

6.    If the answer to Supplemental Interrogatory No. 2 is in the affirmative, please identify all witnesses, by name and address, who have evidence supportive of your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into

custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint.

**ANSWER**:

OBJECTION: The plaintiff is unable to answer Interrogatory Number 2, he cannot answer Interrogatory Number 6 which relies upon 2 as a predicate.

7.    If the answer to Supplemental Interrogatory No. 2 is in the affirmative, please identify, with particularity, all evidence supportive of your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint.

**ANSWER**:

OBJECTION: The plaintiff is unable to answer Interrogatory Number 2, he cannot answer Interrogatory Number 7 which relies upon 2 as a predicate.

## *REQUESTS FOR PRODUCTION*

1.    Produce any and all documents identified in response to Supplemental Interrogatory No. 7.

**RESPONSE**:

THE DEFENDANTS

BY: _____

HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

5

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENTAL ROGS & R2P 9-03.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on September 12, 2003 to all

counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203)562-9931
Federal Bar No. ct00215

_____
Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06508-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENTAL ROGS & R2P 9-03.DOC

THE PLAINTIFF
FRANK PERRELLI

BY _____

NORMAN A. PATTIS
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
Fed. Bar No. ct13120

Plaintiff's Attorney

CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on September 30, 2003, to the following parties and counsel of record:

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
NORMAN A. PATTIS

# LYNCH, TRAUB, KEEFE AND ERRANTE
## A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

**\*\*HUGH F. KEEFE**
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
  CHARLES E. TIERNAN III
  ROBERT W. LYNCH
  RICHARD W. LYNCH
† TIMOTHY P. POTHIN
  ERIC P. SMITH
  NICOLE M. FOURNIER
  LOUIS M. RUBANO
† MARISA A. BELLAIR
£ NANCY A. FITZPATRICK
\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE:      (203) 787-0275
FAX:        (203) 782-0278
E-MAIL:     LAWYERS@LTKE.COM
INTERNET:   HTTP://WWW.LTKE.COM

\* BOARD CERTIFIED CIVIL TRIAL LAWYER
\*\* BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\* BOARD CERTIFIED CIVIL AND
CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

October 3, 2003

**VIA FACSIMILE: (203) 776-9494**
Mr. Norman Pattis
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

    Re:    <u>Perrelli v. City of East Haven, et al</u>
            Our File No. 11111-11

Dear Mr. Pattis:

I have received and reviewed your objections to the defendants' supplemental interrogatories and requests for production. In an effort to resolve this discovery dispute, I have revised our discovery requests (which are attached hereto). Please respond to the revised requests within the next 10 days or I will move to compel disclosure.

                    Very truly yours,

                    Nancy A. Fitzpatrick

Enclosure

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANK PERRELLI,                          :

V.                                       :         NO. 3:02 CV 0008 (GLG)

CITY OF EAST HAVEN,
LEONARD GALLO,                           :
JOHN DOE 1, and JOHN DOE 2               :         OCTOBER 3 2003

## REVISED SUPPLEMENTAL INTERROGATORIES AND REQUESTS FOR

## PRODUCTION

Pursuant to the applicable Federal Rules of Civil Procedure, the defendants request that the plaintiff answer the following supplemental interrogatories and produce the following. Furthermore, the defendants request that the plaintiff supplement his answers to the time of trial.

### INTERROGATORIES

1.     Please state the name and address of the person answering these interrogatories.

**ANSWER**:

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

2.    Please identify the specific instances/incidents/events that constitute the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER**:

3.    Please identify the policymaking official with notice of the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER**:

4.    Please state specifically how the policymaking official identified in your response to Supplemental Interrogatory No. 3 had notice of the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER**:

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 08506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\REVISED SUPP ROGS & R2P 10-3-03.DOC

5.     Please identify all witnesses, by name and address, who have evidence supportive of your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint.

**ANSWER:**


6.     Please identify, with particularity, all evidence supportive of your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint.

**ANSWER:**

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\REVISED SUPP ROGS & R2P 10-3-03.DOC

## REQUESTS FOR PRODUCTION

1.    Produce any and all documents identified in response to Supplemental Interrogatory No. 6.

**<u>RESPONSE</u>**:

THE DEFENDANTS

BY: _____ (N/F)

HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

4

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\REVISED SUPP ROGS & R2P 10-3-03.DOC

## CERTIFICATION

I hereby certify that a copy of the above was sent via facsimile and mailed on

October 3, 2003 to all counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203)562-9931
Federal Bar No. ct00215

Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\REVISED SUPP ROGS & R2P 10-3-03.DOC

**LYNCH, TRAUB, KEEFE AND ERRANTE**

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

| | | |
|---|---|---|
| E-MAIL: LAWYERS@LTKE.COM | (203) 787-0275 | |
| INTERNET: HTTP://WWW.LTKE.COM | FACSIMILE (203) 782-0278 | FEDERAL TAX I.D. #06-0868933 |

## FAX COVER SHEET

To:  Norman Pattis                                   (203) 776-9494

From: Nancy A. Fitzpatrick

Re:  Perrelli v. East Haven

Date:  October 3, 2003

Number of Sheets (including this cover sheet):  7

Message/Comments: Please attached letter and discovery requests.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message in not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and the return the original message to us at the above address via the United States Postal Service. Thank You.

```
*************** -COMM. JOURNAL- ************** DATE OCT-03-2003 ***** TIME 12:09 ********

           MODE = MEMORY TRANSMISSION          START=OCT-03 12:08    END=OCT-03 12:09
           FILE NO.=538

    STN    COMM.    ONE-TOUCH/   STATION NAME/TEL NO.                PAGES    DURATION
    NO.             ABBR NO.

    001    OK       ▪            239#11111#111#7769494#              007/007  00:01:26
```

                                                    -LYNCH TRAUB KEEFE ERRANTE-

```
******************************** -LYNCH TRAUB    - ***** -    203 785 0278- *********
```

# LYNCH, TRAUB, KEEFE AND ERRANTE

**A PROFESSIONAL CORPORATION**
**ATTORNEYS AND COUNSELLORS AT LAW**
**52 TRUMBULL STREET**
**P.O. BOX 1612**
**NEW HAVEN, CONNECTICUT 06506-1612**

| | | |
|---|---|---|
| E-MAIL: | LAWYERS@LTKE.COM | (203) 787-0275 |
| INTERNET: | HTTP://WWW.LTKE.COM | FACSIMILE (203) 782-0278 |

FEDERAL TAX I.D. #06-0868933

## FAX COVER SHEET

To:  Norman Pattis                          (203) 776-9494

From: Nancy A. Fitzpatrick

Re:  Perrelli v. East Haven

Date:  October 3, 2003

Number of Sheets (including this cover sheet):  7

Message/Comments: Please attached letter and discovery requests.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and the return the original message to us at the above address via the United States Postal Service. Thank You.