FILED
Nov 17  2 37 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PERRELLI, | : | NO. 3:02 CV 0008 (GLG) |
| V. | : | |
| CITY OF EAST HAVEN, | : | |
| LEONARD GALLO, | : | |
| JOHN DOE 1, and JOHN DOE 2 | : | NOVEMBER 13 2003 |

## SUPPLEMENT TO MOTION TO COMPEL

Pursuant to Rule 9(d)(2) of the Local Rules of Civil Procedure, the defendants hereby supplement their Motion to Compel dated October 21, 2003 with an affidavit from trial counsel, Hugh F. Keefe, attached hereto as "Exhibit A."

In addition, pursuant to Rule 9(d)(3) of the Local Rules of Civil Procedure, the defendants hereby supplement their Motion to Compel with a memorandum of law attached hereto as "Exhibit B."

**ORAL ARGUMENT NOT REQUESTED**

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENT TO MOTION TO COMPEL 11-12-03.DOC

THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

**CERTIFICATION**

I hereby certify that a copy of the above was sent via facsimile and mailed on November 13, 2003 to all counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203)562-9931
Federal Bar No. ct00215

_____
Hugh F. Keefe

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\SUPPLEMENT TO MOTION TO COMPEL 11-12-03.DOC

# EXHIBIT A

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

DOCUMENT4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK PERRELLI, | :  NO. 3:02 CV 0008 (GLG) |
| V. | : |
| CITY OF EAST HAVEN, LEONARD GALLO, JOHN DOE 1, and JOHN DOE 2 | : : :  NOVEMBER 13 2003 |

### AFFIDAVIT OF HUGH F. KEEFE

I, HUGH F. KEEFE, being duly sworn, hereby depose and say:

1.  I am over the age of eighteen (18) years and believe in the sanctity and obligation of an oath.

2.  I am making this affidavit of my own personal knowledge.

3.  I am representing the defendants in this matter.

4.  I have reviewed the claims made by the plaintiff and served written discovery on him.

5.  Specifically, I served the plaintiff with Supplemental Interrogatories and Requests for Production on or about September 12, 2003 regarding his claim that the "City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others."

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\AFFIDAVIT OF HFK 11-13-03.DOC

6.  After receiving the plaintiff's objections to said discovery and in a good faith effort to resolve this dispute without the Court's intervention, I had Attorney Nancy A. Fitzpatrick contact plaintiff's counsel, Norman Pattis, on my behalf to resolve the discovery dispute. In response to the objections, Attorney Fitzpatrick provided Attorney Pattis with the defendants' Revised Supplemental Interrogatories and Requests for Production dated October 3, 2003.

7.  Despite this effort, the parties have been unable to resolve the discovery dispute and to date, the plaintiff has failed to object or respond to the revised discovery requests.

8.  The foregoing is true and accurate to the best of my knowledge.

_____
Hugh F. Keefe

Subscribed and sworn to me on this _13th_ day of November, 2003.

_____
Commissioner of the Superior Court

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\AFFIDAVIT OF HFK 11-13-03.DOC

# EXHIBIT B

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

DOCUMENT4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PERRELLI, | : | NO. 3:02 CV 0008 (GLG) |
| V. | : | |
| CITY OF EAST HAVEN, LEONARD GALLO, JOHN DOE 1, and JOHN DOE 2 | : | NOVEMBER 13, 2003 |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL

Pursuant to Rule 9(d)(3) of the Local Rules of Civil Procedure, the defendants hereby submit this memorandum of law in support of their Motion to Compel dated October 21, 2003.

**I.   Nature of the Case**

This lawsuit stems from the plaintiff's claim that the defendants violated his Fourth and Fourteenth Amendment rights to be free from unreasonable search and seizure thus entitling him to damages pursuant to 42 U.S.C. §1983 and §1988. *See Complaint*. In addition, the plaintiff claims that these constitutional violations arose from the Town of East Haven and its Chief of Police, Leonard Gallo, maintaining a

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MEMO OF LAW SUPPORT MOT TO COMPEL 11-13-03.DOC

"policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others." *See Complaint, ¶16.*

Since the second claim resembles a claim pursuant to <u>Monell v. New York City Department of Social Services</u>, 436 U.S. 658 (1978), the defendants served the plaintiff with discovery specifically addressing the basis of this claim. *See Defendants' Supplemental Interrogatories and Requests for Production dated September 12, 2003 attached to the Motion to Compel.* Thereafter, the plaintiff objected to said discovery. *See Plaintiff's Objections to Supplemental Interrogatories and Requests for Production dated September 30, 2003 attached to the Motion to Compel.* In a good faith effort to resolve this dispute, the defendants revised their discovery requests and requested that the plaintiff respond prior to this matter's discovery deadline of November 1, 2003. *See letter from Nancy Fitzpatrick to Norman Pattis and the Defendants' Revised Supplemental Interrogatories and Requests for Production both dated October 3, 2003 attached to the Motion to Compel.* However, to date, the plaintiff has failed to respond to the revised requests. As such,

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MEMO OF LAW SUPPORT MOT TO COMPEL 11-13-03.DOC

the defendants moved for an order compelling the plaintiff to adequately respond to said discovery. *See Motion to Compel.*

**II.     Discovery Items in Dispute**

Below is a listing of the discovery items in dispute.[1]

1.     Interrogatory No. 1 requests that the person answering the interrogatories identify himself/herself and provide his/her address.

The plaintiff previously objected to this interrogatory on the basis that it sought work product. Clearly, this request does not seek work product information but rather seeks identification information as to who is answering the interrogatories which is impliedly permissible pursuant to Rule 33(b)(2).

2.     Interrogatories Nos. 2 – 6 and No.1 of the Requests for Production request information and evidence supporting the plaintiff's Monell claim. Specifically, the defendants requested that the plaintiff produce and identify the incidents that constitute the policy at issue, the policymaking official with notice of said policy, how

---

[1] In an effort to not duplicate filings with the court, the defendants have not submitted the disputed discovery requests as exhibits to this memorandum because such is already attached to the motion to compel.

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MEMO OF LAW SUPPORT MOT TO COMPEL 11-13-03.DOC

the official had notice of said policy and all witnesses and evidence that support the plaintiff's claim that the defendants maintained such a policy.

Previously, the plaintiff objected to these requests on the basis that he was unable to answer such because the requests referred to another interrogatory which called for a legal conclusion from a layperson. Thereafter, the defendants deleted the interrogatory calling for a legal conclusion and simply asked for the above information. Since then, the plaintiff has failed to object or respond to these requests. As such, it is unclear what, if any, objections he now maintains.

Notwithstanding, the defendants are entitled to the requested information. First, where a Monell claim is pending, the parties clearly have a right to discovery regarding the basis of that claim. *Cf.* Keys v. City of Harvey, 1994 WL 687479 (N.D. Ill. 1994) (city would be prejudiced by amendment adding Monell claim because discovery would be required on that claim); Gaines v. District of Columbia, 1988 WL 134957 (D.D.C. 1988) (court allowed discovery on Monell issues prior to deciding motion for summary judgment). Here, the discovery requests are limited to obtaining information regarding the basis and supporting evidence of the plaintiff's Monell claim. Therefore, the plaintiff must provide such information.

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MEMO OF LAW SUPPORT MOT TO COMPEL 11-13-03.DOC

Second, compelling the plaintiff to adequately respond to the revised discovery requests serves the purposes of discovery in that it will avoid surprise, narrow the issues involved, and enable the parties to prepare for trial. <u>Gary Plastic Packaging Corp. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.</u>, 756 F.2d 230, 236 (2nd Cir. 1985). Therefore, the plaintiff should be required to provide the defendants with the basis and supporting evidence pertaining to his <u>Monell</u> claim.

### III. Conclusion

Wherefore, the defendants respectfully request that this Court grant their Motion to Compel and order the plaintiff to comply with the defendants' Revised Supplemental Interrogatories and Requests for Production.

THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

5
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MEMO OF LAW SUPPORT MOT TO COMPEL 11-13-03.DOC

## CERTIFICATION

I hereby certify that a copy of the above was sent via facsimile and mailed on November 13, 2003 to all counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203)562-9931
Federal Bar No. ct00215

_____
Hugh F. Keefe

6
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MEMO OF LAW SUPPORT MOT TO COMPEL 11-13-03.DOC