UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK PERRELLI, | : |
| V. | : NO. 3:02 CV 0008 (GLG) |
| CITY OF EAST HAVEN,<br>LEONARD GALLO,<br>JOHN DOE 1, and JOHN DOE 2 | :<br>:<br>: DECEMBER 18, 2003 |

## MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions. The order sets forth that dispositive motions will be filed by January 1, 2004.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, the Defendants have a pending Motion to Compel regarding discovery requests pertinent to the Plaintiff's Monell claim. Moreover, due to the trial schedule of counsel for the Defendants, additional time is needed to prepare the dispositive motion. For instance, from September

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION FOR ENLARGEMENT OF TIME 12-03.DOC

through the second week of December, the undersigned was involved in three criminal trials – namely, State v. Sullivan, Docket No. FBT CR 00-496678, in New Haven Superior Court; State v. Edman, Docket No. CR 01 0199587 S, in New Britain Superior Court; and, State v. Hine, Docket No. AAN CR 02 120623 T and AAN MV 02 291863 T, in Milford Superior Court. Preparation and representation at said trials required extensive time and, as such, the undersigned needs additional time to prepare the Defendants' dispositive motion.

Therefore, the undersigned respectfully requests an additional forty-five (45) days in which to file dispositive motions. The dispositive motions shall be filed by February 16, 2004. A joint trial memorandum shall be filed by April 16, 2004 and the case shall be ready for trial in mid-June, 2004.

The undersigned represents that this is the third such request submitted by his office in this matter requesting an enlargement of time regarding the scheduling order. In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION FOR ENLARGEMENT OF TIME 12-03.DOC

RESPECTFULLY SUBMITTED,
THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. ct05106

## CERTIFICATION

I hereby certify that a copy of the above was mailed on December 18, 2003 to all counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
Hugh F. Keefe, Esq.

W:\EAST HAVEN\PERRELLI\MOTION FOR ENLARGEMENT OF TIME 12-03.DOC