**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
FRANK PERRELLI,                    :
                                   :
        Plaintiff,                 :        ORDER
                                   :
    -against-                      :
                                   :        3: 02 CV 0008 (GLG)
CITY OF EAST HAVEN, et al.,        :
                                   :
        Defendant.                 :
-----------------------------------X
```

Defendant's unopposed motion for enlargement of Time as to the scheduling order [Doc. #19] is hereby **Granted**.

The deadlines are as follows:

- Dispositive Motions to be filed by February 16, 2004;

- Joint Trial Memorandum to be filed by April 16, 2004; and

- Trial Readiness June, 2004.

**SO ORDERED.**

**Dated:   December 22, 2003**
**         Waterbury, CT**                          /s/
                                          **Gerard L. Goettel**
                                          **U.S.D.J.**