**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
FRANK PERRELLI,                     :
                                    :
        Plaintiff,                  :            ORDER
                                    :
    -against-                       :
                                    :     3: 02 CV 0008 (GLG)
CITY OF EAST HAVEN, et al.,         :
                                    :
        Defendant.                  :
------------------------------------X
```

Defendant's Motion to Compel Plaintiff to respond to Defendants' Revised Supplemental Interrogatories and Requests for Production [Doc. #17] is hereby **Granted**.

        **SO ORDERED.**

**Dated:   December 29, 2003**
          **Waterbury, CT**                    _____/s/_____
                                              Gerard L. Goettel
                                                  U.S.D.J.