FILED

Feb 17  3:57 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PERRELLI, | : | |
| V. | : | NO. 3:02 CV 0008 (GLG) |
| CITY OF EAST HAVEN, LEONARD GALLO, JOHN DOE 1, and JOHN DOE 2 | : | FEBRUARY 17, 2004 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants hereby move for summary judgment in their favor on the Plaintiff's Complaint dated January 2, 2002. There are no genuine issues of material fact and the Defendants are entitled to judgment as a matter of law. A memorandum of law in support of this motion and the Defendants Local Rule 56(a)(1) Statement are attached hereto.

RESPECTFULLY SUBMITTED,
THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. ct05106

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION FOR SUMMARY JUDGMENT 2-04.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on February 17, 2004 to all counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

Hugh F. Keefe, Esq.