

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK PERRELLI | : |
| VS. | :     NO. 3:02CV8(GLG) |
| TOWN OF EAST HAVEN, ET AL. | :     MARCH 8, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff, FRANK PERRELLI, respectfully requests an extension of time of twenty (20) days, up to and including March 29, 2004, to respond to the defendant's Motion for Summary Judgment.

In support of this motion, the plaintiff represents as follows:

1. The motion was filed on or about February 17, 2004.

2. Counsel for plaintiff has several similar motions to respond to in the next two weeks and she is also going to be out of the office for one week during this period.

3. The defendants' counsel was contacted by counsel for the plaintiff, and he has no objection to the extension of time to March 29.

4. This is the plaintiff's first request for an extension of time regarding defendant's motion.

5.  No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the court grant this motion for the reasons stated above.

THE PLAINTIFF

BY _____
KATRENA ENGSTROM
Fed. Bar No. Ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: (203.776.9494

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on the date above stated, to the following counsel of record:

Attorney Hugh Keefe
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
KATRENA ENGSTROM