**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
FRANK PERRELLI,                    :
                                   :
        Plaintiff,                 :        ORDER
                                   :
     -against-                     :
                                   :        3: 02 CV 0008 (GLG)
CITY OF EAST HAVEN, et al.,        :
                                   :
        Defendant.                 :
-----------------------------------X
```

Plaintiff's Motion for Extension of Time to March 29, 2004 to Respond to Defendants' Motion for Summary Judgment [Doc. #25] is **granted**.

        **SO ORDERED.**

**Dated:**    **March 12, 2004**
            **Waterbury, CT**                            _/s/_____
                                                                   Gerard L. Goettel
                                                                        U.S.D.J.