UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PERRELLI | : | |
| VS. | : | NO. 3:02CV8(GLG) |
| TOWN OF EAST HAVEN, ET AL. | : | MARCH 12, 2004 |

# **A P P E A R A N C E**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the plaintiff,

    FRANK PERRELLI.

    _____
    Katrena Engstrom
    Williams and Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    203.562-9931
    FAX: 203.776-9494
    Federal Bar No. ct09444
    His Attorney

_____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on March 12, 2004, to the following counsel of record:

Attorney Hugh F. Keefe
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

                                              _____
                                              Katrena Engstrom