UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANK PERRELLI  :

VS.  :  NO. 3:02CV8(GLG)

TOWN OF EAST HAVEN, ET AL.  :  MARCH 29, 2004

**PLAINTIFF'S RESPONSE TO DEFENDANTS' RULE 56(a)(1) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

**A. Statement of Material Facts not in Dispute**

1. Agree.

2. Agree.

3. Agree.

4. Agree.

5. Agree.

6. Agree in part. The plaintiff stated in his deposition that he purchased the stun gun in a store in New Haven, and that no one informed him that he needed a permit when he made the purchase. (Ex. 1, Plaintiff's deposition, p. 157)

7. Agree.

8. Agree.

9. Disagree. He had the prescription information in the automobile with him. (Ex. 1, p. 155, lines 14-24, p. 156, lines 9-11)

10. Agree.

11. Agree.

12. Agree.

13. Agree.

14. Agree.

15. Agree.

16. Agree.

17. Agree.

18. Agree.

**B.   Plaintiff's Statement of Material Facts in Dispute**

1. The defendants have stopped the plaintiff numerous times as he attempts to drive within the City of East Haven, and have stopped the plaintiff for no reason as he attempt to enter his condominium driveway. (Ex. 1, Plaintiff's Deposition, pps. 78-115, Ex. 2, Plaintiff's Answers to Interrogatories, No. 26.

2. The defendants have refused to produce any incident reports for the spring and summer of 2001, including the arrest report for August 15, 2001. (Ex. 3, Officer Robert Flodquist, Response to FOIA requests)

3. The mental health professional who works with the courts and the defendant City of East Haven, Kathy Prevost, said that the police in East Haven take advantage of people with mental disabilities.   (Ex. 1, pps. 72- 4)

4. The defendants have violated the plaintiff's rights simply because they know of his mental illness and choose to harass him. (Ex. 1, pps. 72-115)

5. The defendants receive no training within the East Haven Police Department to assist them in identifying individuals who may be a danger to themselves or others. (Ex. 4, Deposition of Def. Gallo, pps. 26-7, p. 38)

6. The East Haven Police Department does not keep any aggregate statistics concerning the individuals who are taken into custody because an officer determined that the individual presented a danger to himself or others. (Ex. 4, p. 32, lines, 21-4).

THE PLAINTIFF

BY _____
KATRENA ENGSTROM
Fed. Bar No. ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: (203) 776-9494

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on the date above stated, to the following counsel of record:

Attorney Hugh Keefe
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
KATRENA ENGSTROM