UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK PERRELLI, | : |
| V. | :    NO. 3:02 CV 0008 (GLG) |
| CITY OF EAST HAVEN,<br>LEONARD GALLO,<br>JOHN DOE 1, and JOHN DOE 2 | :<br>:<br>:    APRIL 7, 2004 |

### MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)

The Defendants hereby move for an enlargement of time to file a reply brief to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment dated March 29, 2004.  Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Defendants, if they choose to file a reply brief, are required to file such within 10 days of the filing of Plaintiff's oppositional brief.  As such, the Defendants' reply brief is currently due by April 8, 2004.

At this time, the Defendants intend to file a reply brief and respectfully request a fifteen (15) day extension of time, or until April 23, 2004, in which to file such.  The Defendants represent that good cause exists for an extension of time.  Currently, the undersigned is scheduled to begin trial in Vigliotti v. Ferrucci, et al., Docket No. CV-01-

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION FOR EXTENSION OF TIME (REPLY BRIEF) 4-2-04.DOC

0456235-S, in New Haven Superior Court on April 5, 2004.  Following said trial, he is scheduled to begin trial in <u>Anamasi v. Couglin</u>, et al., Docket No. 3:00 CV01026 (SRU), in the U.S. District Court in Bridgeport.  Lastly, the undersigned has been ordered by the Connecticut Appellate Court to comply with an expedited briefing schedule in the matter of <u>In Re:  Connecticut Ex Parte Application for Pro Hac Vice Admission of Steven F. Reich to serve as Special Counsel to the Select Committee of Inquiry of the House of Representatives Pursuant to House Resolution 702</u>, A.C.  25195.  Said briefing schedule requires submission of the undersigned's initial brief by Friday, April 9, 2004.  Preparation for said trials and brief will take extensive time.  Therefore, the undersigned will not be able to prepare the reply brief in this matter by April 8, 2004.

The undersigned represents that this is the first request submitted by his office in this matter requesting an enlargement of time regarding the briefing of the summary judgment motion.  In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

        RESPECTFULLY SUBMITTED,
        THE DEFENDANTS

BY: _____
        HUGH F. KEEFE, ESQ.
        52 Trumbull Street,
        P.O. Box 1612
        New Haven, CT 06596
        (203) 787-0275
        Federal Bar No. ct05106

### CERTIFICATION

I hereby certify that a copy of the above was mailed on April 7, 2004 to all counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

        _____
        Hugh F. Keefe, Esq.