FILED
APR 7 10 44 AM '04
DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK PERRELLI, | : |
| V. | : NO. 3:02 CV 0008 (GLG) |
| CITY OF EAST HAVEN, LEONARD GALLO, JOHN DOE 1, and JOHN DOE 2 | : |
| | : APRIL 7, 2004 |

### MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)

The Defendants hereby move for an enlargement of time to file a reply brief to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment dated March 29, 2004. Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Defendants, if they choose to file a reply brief, are required to file such within 10 days of the filing of Plaintiff's oppositional brief. As such, the Defendants' reply brief is currently due by April 8, 2004.

At this time, the Defendants intend to file a reply brief and respectfully request a fifteen (15) day extension of time, or until April 23, 2004, in which to file such. The Defendants represent that good cause exists for an extension of time. Currently, the

Motion GRANTED on consent.
Gerard L. Goettel, USDJ
4/12/04

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION FOR EXTENSION OF TIME (REPLY BRIEF) 4-2-04.DOC