UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANK PERRELLI                          :

VS.                                     :        NO. 3:02CV8(GLG)

TOWN OF EAST HAVEN, ET AL.    :        APRIL   21, 2004

**PLAINTIFF'S NOTICE OF COMPLIANCE**

The plaintiff hereby certifies that he has complied with the Court's order to

respond to defendants' supplemental interrogatories and request for production.

A copy of his response is attached hereto.


THE PLAINTIFF


BY_____
          KATRENA ENGSTROM
          Fed. Bar No.  Ct09444
          Williams and Pattis, LLC
          51 Elm Street, Suite 409
          New Haven, CT 06510
          203.562.9931
          FAX: (203) 776-9494

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed, first class mail, postage

prepaid, on the date above stated, to the following counsel of record:

Attorney Hugh Keefe
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612


_____
KATRENA ENGSTROM