UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PERRELLI | : | |
| VS. | : | NO. 3:02CV8(GLG) |
| TOWN OF EAST HAVEN, ET AL. | : | APRIL 21, 2004 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
REVISED SUPPLEMENTAL INTERROGATORIES
AND
REQUESTS FOR PRODUCTION**

Pursuant to the provisions of Rules 33 and 34 of the Federal Rules of Civil Procedure, the defendants hereby requests the plaintiff, to respond to the following interrogatories within thirty days of the commencement of discovery in this lawsuit, or within thirty days of the date of certification hereof, whichever is later, and to produce for inspection and/or copying such documents as may be hereinafter requested

**INTERROGATORIES:**

1. Please state the name and address of the person answering these interrogatories.

**ANSWER:**

   **Frank Perrelli, 266 Old Foxon Rd., East Haven, CT 06513.**

2. Please identify the specific instances/incidents/ events that constitute the policy, practice and custom alleged in Paragraph 16 of your complaint.

**ANSWER:**

**Please see the Plaintiff's deposition, pps. 72-130.**

3. Please identify the policy making official with notice of the policy, practice and custom alleged in Paragraph 16 of your complaint.

**ANSWER:**

**Defendant Gallo.**

4. Please state specifically how the policymaking official identified in your response to Supplemental Interrogatory No. 3 had notice of the policy, practice and custom alleged in Paragraph 16 of your Complaint.

**ANSWER:**

**Defendant Gallo testified that he did not monitor his subordinates' conduct with respect to stops which did not result in arrests. Please see**

**Deposition of Leonard Gallo, pps. 19-37.**

5.  Please identify all witnesses, by name and address, who have evidence supportive of your claim that "the City of East Haven and/or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangerous to themselves and/or others," as alleged in paragraph 16 of your Complaint.

**ANSWER:**

**Kathy Prevost, Harbor Health Services, Branford, CT.**

6.  Please identify, with particularity, all evidence supportive of your claim that "the City of East haven and /or defendant Gallo has a policy, practice and custom of aggressively surveiling, searching and taking into custody people whom the police believe are mentally ill, but not so symptomatic as to justify taking them into custody due as dangers to themselves and/or others," as alleged in paragraph 16 of your Complaint.

**ANSWER:**

**Please see the Plaintiff's deposition, pps. 72-130.**

## REQUEST FOR PRODUCTION

1. Produce any and all documents identified in response to Supplemental Interrogatory No. 6.

**ANSWER:**

**The defendants' counsel has the original deposition transcript of the plaintiff in his possession.**

THE PLAINTIFF

BY_____
KATRENA ENGSTROM
Fed. Bar No. Ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: (203) 776-9494

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on the date above stated, to the following counsel of record:

Attorney Hugh Keefe
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

KATRENA ENGSTROM