UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK PERRELLI, | : |
| V. | : NO. 3:02 CV 0008 (GLG) |
| CITY OF EAST HAVEN, LEONARD GALLO, JOHN DOE 1, and JOHN DOE 2 | : <br> : <br> : APRIL 27, 2004 |

**SECOND MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)**

The Defendants, City of East Haven, Leonard Gallo, John Doe 1 and John Doe 2, hereby move for an enlargement of time to file a reply brief to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment dated March 29, 2004.

Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, if a party desires to file a reply brief, it must do so within 10 days of the filing of an oppositional brief. As such, the Defendants' reply brief would normally have been due on April 8, 2004. However, on April 7, 2004, the Defendants filed a Motion for Enlargement of Time seeking a fifteen (15) day extension of time, including and up to April 23, 2004, in which

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION FOR EXTENSION OF TIME SECOND REQUEST (REPLY BRIEF) (2ND).DOC

to file their reply brief. This request was approved by the Honorable Gerard L. Goettel on April 12, 2004.

At this time, the Defendants still intend to file a reply brief; however, they will be unable to do so in accordance with current imposed deadlines due to undersigned counsel's existing court commitments. As such, the Defendants respectfully request an additional two-week extension of time, including and up to May 7, 2004, in which to file their reply brief. In support of this request, the Defendants represent that good cause exists for an extension of time.

First, the undersigned attempted to file this motion on April 22, 2004 (prior to the expiration of this Court's deadline). However, it was inadvertently delivered to the Connecticut Superior Court in New Haven rather than the U.S. District Court. The undersigned first became aware of this when said pleading was returned to him today by the Superior Court. Second, on March 29, 2004, the undersigned was ordered by the Connecticut Appellate Court to comply with an intense expedited briefing and argument schedule in the matter of In Re: Connecticut Ex Parte Application for Pro Hac Vice Admission of Steven F. Reich to serve as Special Counsel to the Select Committee of Inquiry of the House of Representatives Pursuant to House Resolution 702, A.C.

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION FOR EXTENSION OF TIME SECOND REQUEST (REPLY BRIEF) (2ND).DOC

25195.  Said schedule required submission of the undersigned's initial brief by April 9, 2004, submission of a reply brief by April 20, 2004 and attendance for oral argument on April 22, 2004.  Third, the undersigned is currently on trial in the matter of <u>Herbasway Laboratories, LLC v. James H. Zhou</u>, Docket No. X03CV 01-0512689S, in New Britain Superior Court.  Fourth, on April 21, 2004, undersigned counsel was ordered by the Connecticut Superior Court, J. Langenbach, to comply with an expedited briefing and hearing schedule in the matter of <u>In Re: Application of the Select Committee of Inquiry to Recommend Whether Sufficient Grounds Exist for the House of Representatives to Impeach Governor John G. Rowland Pursuant to Article Ninth of the State Constitution for an Order Enforcing Subpoenas</u>, Docket No. CV-04-0833620.  Said scheduling order required the submission of all oppositional briefs by Monday, April 26, 2004, followed by a hearing on Wednesday, April 28, 2004.  Preparation for said trial and hearings, including preparation of the aforementioned briefs, took extensive time.  Therefore, the undersigned was not able to prepare the reply brief in this matter by April 23, 2004.

   Accordingly, the Defendants hereby request a two-week extension of time, up through and including May 7, 2004, in which to file their reply brief.  The undersigned represents that this is the second request submitted by his office seeking an enlargement

of time regarding the briefing of the summary judgment motion. In addition, the undersigned represents that he has contacted Attorney Kitt Engstrom, who represents the Plaintiff in this matter, and she has stated that she has no objection to this request.

                                        RESPECTFULLY SUBMITTED,
                                        THE DEFENDANTS

                        BY: _____
                                HUGH F. KEEFE, ESQ.
                                52 Trumbull Street,
                                P.O. Box 1612
                                New Haven, CT 06596
                                (203) 787-0275
                                Federal Bar No. ct05106

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\PERRELLI\MOTION FOR EXTENSION OF TIME SECOND REQUEST (REPLY BRIEF) (2ND).DOC

**CERTIFICATION**

I hereby certify that a copy of the above was mailed on April 27, 2004 to all counsel and pro se parties of record as follows:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
Hugh F. Keefe, Esq.