**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
FRANK PERRELLI,                    :
                                   :
        Plaintiff,                 :         ORDER
                                   :
    -against-                      :
                                   :         3: 02 CV 0008 (GLG)
CITY OF EAST HAVEN, et al.,        :
                                   :
        Defendant.                 :
-----------------------------------X
```

Defendant's Motion for Enlargement of Time to May 7, 2004 to file a reply brief [Doc. #33] is **granted.**

    **SO ORDERED.**

**Dated:    April 29, 2004**
**          Waterbury, CT**                   _____/s/_____
                                            **Gerard L. Goettel**
                                                **U.S.D.J.**