**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FRANK PERRELLI

        v.                              Civil No.  3:02CV8 (GLG)

CITY OF EAST HAVEN
LEONARD GALLO,
JOHN DOE ONE and
JOHN DOE TWO

## JUDGMENT

This matter came on for consideration on the defendants' motion for summary judgment before the Honorable Gerard L. Goettel, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on June 1, 2004, entered a Memorandum Decision granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of June, 2004.

                                                KEVIN F.  ROWE, CLERK
                                                By           /s/

                                                Lori Inferrera
                                                Deputy-in-Charge

EOD: _____